IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>VIZIO, INC., et al.,<br><br>        Defendants. | Civil Action No. 1:13-cv-934 (AJT-IDD)<br>**Lead Case** |
| STRAIGHT PATH IP GROUP, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>SHARP CORPORATION, et al.,<br><br>        Defendants. | Civil Action No. 1:13-cv-936 (AJT-IDD) |

**SHARP CORPORATION'S AND SHARP ELECTRONICS CORPORATION'S UNOPPOSED MOTION AND MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR A STAY PURSUANT TO 28 U.S.C. §1659**

Defendants Sharp Corporation and Sharp Electronics Corporation (collectively, "Defendant" or "Sharp"), by and through their undersigned attorneys, hereby move the Court to stay the claims of Straight Path IP Group, Inc. ("Straight Path") in *Straight Path IP Group, Inc. v. Sharp Corporation, et al.*, Civil Action No. 1:13-cv-936, consolidated with the above-captioned action (D.I. 6), pursuant to 28 U.S.C. § 1659(a), until the determination of the United States International Trade Commission ("ITC") becomes final in ITC Investigation No. 337-TA-892.

On August 1, 2013, Plaintiff filed the Complaint in the above-caption action, asserting infringement by Sharp of U.S. Patent Nos. 6,009,469, 6,108,704, and 6,131,121 (collectively, the "Asserted Patents"). On that same day, Plaintiff filed a complaint in the ITC, naming Sharp Corporation and Sharp Electronics Corporation, among others, as proposed Respondents and asserted the same three patents (*i.e.*, the Asserted Patents) that Straight Path asserts in the above-captioned action against Sharp. Straight Path's ITC Complaint requests that the ITC bar the importation of the same Sharp products that Straight Path accuses of infringement in the above-captioned action.

On September 4, 2013, the ITC instituted Investigation No. 337-TA-892, titled In the Matter of Certain Point-To-Point Network Communication Devices and Products Containing Same (the "ITC Investigation"), and the Notice of Investigation was published in the Federal Register on September 9, 2013.[1] Sharp Corporation and Sharp Electronics Corporation are named respondents in the ITC Investigation.

Pursuant to 28 U.S.C. §1659(a), Sharp moves to stay this litigation pending a final determination of the ITC Investigation. 28 U.S.C. §1659(a) provides:

> (a) Stay.— In a civil action involving parties that are also parties to a proceeding before the United States International Trade Commission under section 337 of the Tariff Act of 1930, at the request of a party to the civil action that is also a respondent in the proceeding before the Commission, the district court shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission, but only if such request is made within—
> (1) 30 days after the party is named as a respondent in the proceeding before the Commission, or

---

[1] A copy of the Notice of Investigation in the Federal Register (Investigation No. 337–TA–892) is attached as **Exhibit A**, which lists the Asserted Patents and identifies Plaintiff Straight Path IP Group, Inc. as Complainant and the Defendant Sharp entities among the Respondents. *See also* D.I. 11, Exh. A (Straight Path's ITC Complaint).

2

       (2) 30 days after the district court action is filed, whichever is later.

28 U.S.C. § 1659(a). The ITC investigation involves the same patents as this action, the same Sharp products, and the same Sharp defendants in this action are respondents in the ITC investigation. Sharp's request is timely as it is being filed within 30 days of the institution of the ITC Investigation naming Sharp Corporation and Sharp Electronics Corporation as respondents. 28 U.S.C. § 1659(a)(1).

  The automatic stay prescribed by 28 U.S.C. § 1659 applies to any claim that "involves the same issues involved in the proceeding before the Commission." *Id.*; *see also Fuji Photo Film Co. v. Benun*, 463 F.3d 1252, 1256 (Fed. Cir. 2006). Because the above-captioned action and the ITC Investigation involve the same claims of patent infringement against the same Sharp products, Sharp requests that the Court stay all of Straight Path's claims against it in the above-captioned action pursuant to 28 U.S.C. § 1659(a) until the determination of the ITC becomes final and is no longer subject to judicial review. *In re Princo Corp.*, 478 F.3d 1345, 1355 (Fed. Cir. 2007).

  Counsel for Sharp has conferred with counsel for Plaintiff, and Plaintiff does not oppose Sharp's motion to stay. Attached as **Exhibit B** is a Proposed Agreed Order staying this matter under 28 U.S.C. § 1659(a). Because the parties consent to the entry of the Proposed Order, no hearing will be noticed; should the Court like to conduct a hearing, the parties will make themselves available at the Court's convenience.

3

Dated: October 3, 2013                           Respectfully submitted,


                                                 */s/ Stephen E. Noona*
                                                 Stephen E. Noona
                                                 Virginia State Bar No. 25367
                                                 Kaufman & Canoles, P.C.
                                                 150 W. Main Street, Suite 2100
                                                 Norfolk, VA 23510-1665
                                                 Telephone: 757.624.3239
                                                 Facsimile: 757.624.3169
                                                 senoona@faufcan.com

                                                 Josh Krevitt
                                                 Benjamin Hershkowitz
                                                 R. Scott Roe
                                                 Eric T. Syu
                                                 Joshua E. Dubin
                                                 Gibson, Dunn & Crutcher LLP
                                                 200 Park Avenue
                                                 New York, NY  10166-0193
                                                 Telephone: 212.351.4000
                                                 Facsimile: 212.351.4035
                                                 jkrevitt@gibsondunn.com
                                                 bhershkowitz@gibsondunn.com
                                                 sroe@gibsondunn.com
                                                 esyu@gibsondunn.com
                                                 jdubin@gibsondunn.com

                                                 Sarah J. Sladic
                                                 Jill M. McCormack
                                                 Gibson, Dunn & Crutcher LLP
                                                 1050 Connecticut Avenue, N.W.
                                                 Washington, DC 20036-5306
                                                 Telephone: 202.955.8500
                                                 Facsimile: 202.467.0539
                                                 ssladic@gibsondunn.com
                                                 jmccormack@gibsondunn.com

                                                 *Attorneys for Defendants*
                                                 *Sharp Corp. and Sharp Electronics Corp.*

## CERTIFICATE OF SERVICE

   I hereby certify that on October 3, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically e-mail notification of such filing to all counsel of record.

                 */s/ Stephen E. Noona*
                 Stephen E. Noona
                 Virginia State Bar No. 25367
                 Kaufman & Canoles, P.C.
                 150 W. Main Street, Suite 2100
                 Norfolk, VA  23510
                 Telephone:  757-624-3239
                 Facsimile:  757-624-3169
                 Email:  senoona@kaufcan.com

12678522v3