## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS, INC., et al., <br><br> Defendants. | Civil Action No. 1:13-cv-933 (AJT/IDD) |
| STRAIGHT PATH IP GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> VIZIO, INC., et al., <br><br> Defendants. | Civil Action No. 1:13-cv-934 (AJT/IDD) |
| STRAIGHT PATH IP GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOSHIBA CORPORATION, et al., <br><br> Defendants. | Civil Action No. 1:13-cv-934 (AJT/IDD) <br> [*formerly* No. 3:13-cv-503, No. 1:13-cv-1070] |

## ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff Straight Path IP Group, Inc. ("Straight Path") and Intervenor Netflix, Inc. ("Netflix") jointly stipulated to and moved for an order to dismiss the claims between them. After consideration of such motion, it is hereby GRANTED, and it is ORDERED that:

1. All claims between Straight Path and Netflix are dismissed with prejudice; and
2. Each party is to bear its own costs, attorneys' fees, and expenses.

IT IS SO ORDERED.

Dated: August 27, 2014

/s/
Anthony J. Trenga
United States District Judge

Judge Anthony J. Trenga
United States District Judge