IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:13-cv-934 (AJT/IDD) |
| ) | |
| VIZIO, INC. *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Plaintiff Straight Path IP Group, Inc. ("Straight Path") and Defendants VIZIO, Inc.; Toshiba Corporation and Toshiba America Information Systems, Inc.; LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics MobileComm, U.S.A., Inc. (collectively, "Defendants"); and Intervenor Hulu LLC's Joint Motion to Stay Pending Appeal and *Inter Partes* Review [Doc. No. 178]. As all parties consent to the motion and the Court is of the opinion that this motion has merit, it is

ORDERED that the Joint Motion to Stay Pending Appeal and *Inter Partes* Review [Doc. No. 178] be, and the same hereby is, GRANTED; it is further

ORDERED that this action be stayed pending the completion of the Defendants' and Hulu's Inter Partes Reviews ("IPRs") of the asserted patents in Case IPR 2015-00196, Case IPR 2015-00198, and Case IPR 2015-00209, filed on October 31, 2014, and Straight Path's forthcoming appeal of the United States Patent and Trademark Office's ("USPTO") ruling in the inter partes review proceeding the Sipnet EU S.R.O. v. Straight Path IP Group, Inc., Case IPR 2013-00246, Paper 62 (October 9, 2014). It is further

1

ORDERED that within 14 days of the issuance of a Final Written Decision by the Patent Trial and Appeal Board, in Case IPR 2015-00196, Case IPR 2015-00198, and Case IPR 2015-00209, the parties will file a joint statement on whether the stay should remain in place during any appeal of these IPRs.

The Clerk is directed to forward copies of this Order to all counsel of record and STRIKE this action from the active docket.

/s/
Anthony J. Trenga
United States District Judge

November 4, 2014
Alexandria, Virginia