IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC. <br><br> Plaintiff, <br><br> v. <br><br> VIZIO, INC., *et. al.*, <br><br> Defendants. | Civil Action No. 1:13-cv-00934-AJT-IDD |

## ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Upon consideration of the Joint Motion by all Parties for an order dismissing with prejudice all claims and counterclaims asserted between them in this consolidated action, it is hereby ORDERED that all claims asserted between SPIP Litigation Group, LLC (f/k/a Straight Path IP Group, Inc.) ("Straight Path"); Defendants VIZIO, Inc., Toshiba Corporation, Toshiba America Information Systems, Inc., LG Electronics, Inc., LG Electronics MobileComm U.S.A., Inc., and LG Electronics U.S.A., Inc.; and Intervenor Hulu, LLC, are DISMISSED WITH PREJUDICE. The Parties shall each bear their own costs, expenses, and attorneys' fees with regard to those claims, and have no right of appeal.

This dismissal does not affect the claims and counterclaims which were previously severed from this case and joined in the case styled *Amazon.com v. Straight Path IP Group*, Case No. 1:15-cv-682, which action was previously dismissed without prejudice on November 21, 2017.

Dated: December 29, 2017
Alexandria, Virginia

Anthony J. Trenga
United States District Judge

Anthony J. Trenga, District Judge